IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA

In re: )
)
JASON R. BLACK, ) Case No. 17-04773-HAC
) Chapter 13
Debtor(s). )

NOTICE OF DEFAULT PURSUANT TO ORDER
CONDITIONALLY DENYING RELIEF FROM STAY

Creditor Wilmington Savings Fund Society, FSB, D/B/A Christiana Trust as Owner Trustee of the Residential Credit Opportunities Trust III hereby notifies debtor(s) of a default pursuant to the terms of the order conditionally denying relief from stay (doc. 57) entered in this case on August 10, 2018. A copy of the Order is attached.

The nature of the default is as follows:

X   Failure to make the following payments:  02/01/2020 to 04/01/2020 @ $573.26.

X   Other (describe):  Less Unapplied Funds in the amount of $289.22.

The amount required to cure any monetary default is **$1,430.56**. If the default is not cured within 20 days of the date this notice is filed and served, this creditor may file a notice of termination of stay and the stay will terminate without further court order as to the following collateral (describe):  3109 Grishilde Dr., Mobile, AL 36693.

                                                            s/ Mark A. Baker
                                                            Mark A. Baker, ASB 2549E57M
                                                            MCMICHAEL TAYLOR GRAY, LLC
                                                            3550 Engineering Drive, Suite 260
                                                            Peachtree Corners, GA 30092
                                                            (404)474-7149
                                                            mbaker@mtglaw.com
                                                            Attorney for Creditor

Certificate of Service

      I certify that on April 16, 2020 I have served this NOTICE OF DEFAULT PURSUANT TO ORDER CONDITIONALLY DENYING RELIEF FROM STAY on the Chapter 13 trustee and counsel for debtor(s) by ECF electronic noticing and on the debtor(s) by first class mail at the following address:

JASON R. BLACK
3109 Grishilde Drive
Mobile, AL 36693
December 9, 2018.

                                          /s/ Mark A. Baker
                                          Mark A. Baker

MCMICHAEL TAYLOR GRAY, LLC
3550 Engineering Drive, Suite 260
Peachtree Corners, GA 30092
(404)474-7149
mbaker@mtglaw.com
Attorney for Creditor

2